| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | ALEXANDRE DEMPSEY |
| | Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | UNITED STATES OF AMERICA |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 5:22-po-00155-SAB |
| | Plaintiff, | |
| v. | | [Citation # FBHV002S CA/32] |
| MICHAEL SCHROEDER | | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE AND CONVERT TRIAL DATE TO STATUS CONFERENCE; ORDER |
| | Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through, Assistant United States Attorney Alexandre Dempsey, counsel for the United States, and Michael Schroeder, that Citation No. FBHV002S shall be resolved by payment of a fixed-sum in lieu of Mr. Schroeder's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Mr. Schroeder agrees to pay a $250 forfeiture amount and $30 processing fee and agrees to pay the amount in full prior to October 4, 2022. The parties further request that the Court convert the October 4, 2022 trial date to a status conference, with the understanding that, should Mr. Schroeder pay the forfeiture amount and processing fee before the October 4, 2022 status conference, the matter is resolved and his appearance will be unnecessary.

DATED: September 12, 2022 Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney

DATED: September 12, 2022

By: /s/ *MICHAEL SCHROEDER*
MICHAEL SCHROEDER
Defendant

**O R D E R**

IT IS HEREBY ORDERED that the trial date currently scheduled for October 4, 2022 in Case No. 5:22-po-00155-SAB be converted to a status conference at 10:00 a.m. If the defendant pays the $250 forfeiture amount and $30 processing fee prior to the October 4, 2022 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated: **September 12, 2022**

UNITED STATES MAGISTRATE JUDGE

U.S. v. SCHROEDER
Case No. 5:22-po-00155-SAB